# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL J. MONA, JR., AN
INDIVIDUAL,
        Appellant,
   vs.
FAR WEST INDUSTRIES, A
CALIFORNIA CORPORATION,
        Respondent.

No. 73815



FILED

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order sustaining respondent's objection to a claim of exemption to an order determining the priority of garnishments and denying appellant's motion to discharge the garnishment. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Respondent has moved to dismiss the appeal for lack of jurisdiction. Appellant opposes the motion, and respondent has filed a reply. We agree with respondent that our holding in *Settelmeyer & Sons v. Smith & Harmer*, 124 Nev. 1206, 197 P.3d 1051 (2008) provides for an appeal from a final judgment in a garnishment action (*see also* NRS 31.460), but not from interlocutory orders that merely set the priorities or resolve a claim of exemption, such as those at issue in this appeal. It appears the

18-08853

district court has not yet entered a final appealable judgment; accordingly, we grant respondent's motion and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Joseph Hardy, Jr., District Judge
Ara H. Shirinian, Settlement Judge
Marquis Aurbach Coffing
Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson/Las Vegas
Eighth District Court Clerk

---

[1]We deny as moot the parties' joint motion to extend the briefing deadlines. The clerk shall return, unfiled, the answering brief and appendix received on March 2, 2018.